```
                                                                CLERK'S OFFICE U.S. DIST. COURT
                                                                     AT LYNCHBURG, VA
                                                                     FILED for Roanoke
              IN THE UNITED STATES DISTRICT COURT                    FEB 2 8 2007
             FOR THE WESTERN DISTRICT OF VIRGINIA
                        ROANOKE DIVISION                         JOHN F. CORCORAN, CLERK
                                                                 BY: Fay Coleman
                                                                       DEPUTY CLERK
```

| | | |
|---|---|---|
| DEMOND O'NEIL PARKER, | ) | |
| Petitioner, | ) | Civil Action No. 7:07-cv-00090 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. Norman K. Moon |
| Respondent. | ) | United States District Judge |

Petitioner, Demond O'Neil Parker, a federal inmate proceeding pro se, has submitted to the court a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Upon review of the record, the court concludes that this motion must be dismissed as successive.

I.

Parker challenges his 360-month sentence for conspiracy and use of a firearm to abduct and kidnap during a drug trafficking crime. Court records indicate that Parker has previously filed two § 2255 motions, Civil Action No. 7:01-cv-00049 (W.D. Va.) and Civil Action No. 7:05-cv-00549 (W.D. Va.), regarding the same conviction and/or sentence. This court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. See § 2255 ¶ 8. As Parker has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive §2255 motion, the court must dismiss his petition as successive.[1]

---

[1] Petitioner is hereby advised of the procedure for obtaining certification from the United States Court of Appeals for the Fourth Circuit to have this court review a successive § 2255 motion. Petitioner must submit a copy of the successive § 2255 motion to the Court of Appeals, along with a motion requesting a three-judge panel certification that the district court may review the successive § 2255 motion. See 28 U.S.C. § 2244 (as amended, 1996). A Fourth Circuit form and instructions for filing this motion will be included with this notice or are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 900 E. Main St., Richmond, VA 23219.

1

## II.

For the reasons stated, the court denies Parker's motion and dismisses it as a successive § 2255 petition.

The Clerk is directed to send certified copies of this Memorandum Opinion and the accompanying Order to all parties.

**ENTER:** This 28th day of February, 2007.

_____
United States District Judge