```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                         AT LYNCHBURG, VA
                                                              FILED
                                                      for        Roanoke
                                                         FEB 2 8 2007

                                                    JOHN F. CORCORAN, CLERK
                                                    BY: Fay Coleman
                                                         DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEMOND O'NEIL PARKER,  )  | |
|     Petitioner, ) | Civil Action No. 7:07-cv-00090 |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Norman K. Moon |
|     Respondent. ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED**

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice as successive; all other pending motions are **DENIED as MOOT**; and the case is hereby **STRICKEN** from the active docket.

Parker is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all parties.

ENTER: This 28th day of February, 2007.

                                                  United States District Judge